**ORDERED ACCORDINGLY.**



1  Ronald M. Horwitz (005655)
   Janessa E. Koenig (018618)        **Dated: May 27, 2010**
2  **JABURG & WILK, P.C.**
   3200 N. Central Avenue, Suite 2000
3  Phoenix, Arizona 85012
   rmh@jaburgwilk.com
4  jek@jaburgwilk.com                 _____
   (602) 248-1000                     **GEORGE B. NIELSEN, JR**
5                                     **U.S. Bankruptcy Judge**
   Attorneys for Movant

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| In re: | Chapter 13 |
| NANCY ANN SWEETER | |
| Debtor. | No: 2-09-bk-09485-GBN |
| | |
| WELLS FARGO FINANCIAL ARIZONA, INC., | **ORDER FOR RELIEF FROM THE AUTOMATIC STAY** |
| Movant, | |
| v. | |
| NANCY ANN SWEETER and RUSSELL BROWN, Trustee, | |
| Respondent. | |

This matter coming before this Court pursuant to the Motion of Secured Creditor, WELLS FARGO FINANCIAL ARIZONA, INC., to lift the automatic stay with respect to the Estate and to the Debtor's interest in the real property described in the Note and Deed of Trust attached to Motion; respectively; that the Debtor has defaulted in her installment payments and cause exists for lifting the automatic stay; that the Debtor has been unable to afford Movant adequate

48137-90947/RMH/JMC2/796367_v1

protection for its interest in said property; that there is no equity in said property for the bankruptcy estate, and that Movant should be permitted to foreclose its lien upon said property.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Automatic Stay provided by 11 U.S.C. § 362 and any injunction arising under 11 U.S.C.§ 524 are lifted and vacated with respect to both the Estate and the Debtor's interest in the property described, to wit:

SEE LEGAL DESCRIPTION ATTACHED HERETO

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this _____ day of _____, 2010.

_____
UNITED STATES BANKRUPTCY JUDGE

COPY of the foregoing mailed
this /8/ day of April, 2010, to:

NANCY ANN SWEETER
3635 E. Turney Ave. #16
Phoenix, AZ 85018

LARRY P. KARANDREAS
11024 N. 28th Dr., #200
Phoenix, AZ 85029

RUSSELL BROWN
Suite 800
3838 N. Central Avenue
Phoenix, AZ 85012-1965

s/ Jeanette Chavez

2

48137-90947/RMH/JMC2/796367_v1



ADDENDUM A
TO
DEED OF TRUST

Description of Property

Lot 1241, VERDE VILLAGE UNIT THREE, according to the plat of record in Book 14 of Maps, Page 74, records of Yavapai County, Arizona.

Except all oil, gas, coal and minerals as reserved in Deed recorded in Book 145 of Deeds, Page 214, records of Yavapai County, Arizona.

Also Except all oil, minerals, ores and metals of every kind, as reserved in Deed recorded in Book 187 of Deeds, Page 31, records of Yavapai County, Arizona.

RECORDERS MEMO: LEGIBILITY
QUESTIONABLE FOR GOOD REPRODUCTION